STROCK, Respondent, v. SOCIAL TELEPHONE CO., Appellant.

(221 N. W. 24.)

(File No. 6591. Opinion filed September 22, 1928.)

*Otto L. Kaas*, of Britton, for Appellant.

PER CURIAM. In the above cause an appeal is sought to be taken from a judgment of the circuit court entered January 20, 1927. Certified copy of the notice of appeal was filed in this court on September 16, 1927, and the original has not been filed. There has been no extension of time, and no brief has been filed by appellant.

Therefore, pursuant to rule 5 of this court, the appeal must be deemed abandoned, and the judgment appealed from is affirmed.